# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| IN RE PACIFIC FERTILITY CENTER LITIGATION | Case No. 3:18-cv-01586-JSC <br><br> [PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED |
|---|---|

On July 27, 2020, Plaintiff filed an Administrative Motion to Consider Whether Cases Should be Related pursuant to Local Rule 3-12. The Court, having considered the papers and pleadings on file, and good cause appearing, HEREBY GRANTS the motion.

IT IS ORDERED THAT the following actions are related to *In Re Pacific Fertility Center Litigation*, Case No. 3:18-cv-01586-JSC.

| No. | Case Caption | Case Number | Assigned Judge |
|---|---|---|---|
| 1 | A.A. v. Chart Inc. | 3:20-cv-04961 | Hon. Kandis A. Westmore |
| 2 | A.C. v. Chart Inc. | 3:20-cv-04962 | Hon. Joseph C. Spero |
| 3 | B.C. and B.D. v. Chart Inc. | 3:20-cv-04964 | Hon. Donna M. Ryu |
| 4 | B.E. and B.F. v. Chart Inc. | 3:20-cv-04965 | Hon. Sallie Kim |
| 5 | D.C. and D.D. v. Chart Inc. | 3:20-cv-04966 | Hon. Jacqueline Scott Corley |
| 6 | D.E. and D.F. v. Chart Inc. | 3:20-cv-04968 | Hon. Donna M. Ryu |
| 7 | E.A. and E.B. v. Chart Inc. | 3:20-cv-04969 | Hon. Alex G. Tse |
| 8 | F.A. v. Chart Inc. | 3:20-cv-04970 | Hon. Jacqueline Scott Corley |
| 9 | F.E. v. Chart Inc. | 3:20-cv-04971 | Hon. Laurel Beeler |
| 10 | G.E. and G.F. v. Chart Inc. | 3:20-cv-04972 | Hon. Jacqueline Scott Corley |
| 11 | H.A. and H.B. v. Chart Inc. | 3:20-cv-04974 | Hon. Joseph C. Spero |
| 12 | H.E. and H.F. v. Chart Inc. | 3:20-cv-04975 | Hon. Sallie Kim |
| 13 | D.A. v. Chart Inc. | 3:20-cv-04976 | Hon. Jacqueline Scott Corley |
| 14 | I.C. and I.D. v. Chart Inc. | 3:20-cv-04977 | Hon. Phyllis J. Hamilton |
| 15 | L.E. and L.F. v. Chart Inc. | 3:20-cv-04978 | Hon. Donna M. Ryu |
| 16 | M.A. v. Chart Inc. | 4:20-cv-04980 | Hon. Jeffrey S. White |
| 17 | N.C., N.D., and N.E. v. Chart Inc. | 3:20-cv-04981 | Hon. Thomas S. Hixson |
| 18 | Q.A. and Q.B. v. Chart Inc. | 3:20-cv-04982 | Hon. Laurel Beeler |
| 19 | R.A. and R.B. v. Chart Inc. | 3:20-cv-04983 | Hon. Thomas S. Hixson |
| 20 | E.C. v. Chart Inc. | 3:20-cv-04984 | Hon. Jacqueline Scott Corley |
| 21 | J.A. v. Chart Inc. | 3:20-cv-04986 | Hon. Joseph C. Spero |
| 22 | M.E. v. Chart Inc. | 3:20-cv-04987 | Hon. Kandis A. Westmore |
| 23 | J.E. v. Chart Inc. | 3:20-cv-04988 | Hon. Sallie Kim |
| 24 | S.A. and S.B. v. Chart Inc. | 3:20-cv-04989 | Hon. Kandis A. Westmore |
| 25 | S.E. and S.F. v. Chart Inc. | 3:20-cv-04990 | Hon. Thomas S. Hixson |
| 26 | O.A. v. Chart Inc. | 3:20-cv-04991 | Hon. Kandis A. Westmore |
| 27 | T.A. v. Chart Inc. | 3:20-cv-04992 | Hon. Joseph C. Spero |
| 28 | O.C. v. Chart Inc. | 3:20-cv-04993 | Hon. Sallie Kim |
| 29 | T.E. v. Chart Inc. | 3:20-cv-04994 | Hon. Jacqueline Scott Corley |
| 30 | U.E. and U.F. v. Chart Inc. | 3:20-cv-04995 | Hon. Jacqueline Scott Corley |
| 31 | O.E. v. Chart Inc. | 3:20-cv-04996 | Hon. Joseph C. Spero |
| 32 | V.A. and V.B. v. Chart Inc. | 3:20-cv-04998 | Hon. Jacqueline Scott Corley |
| 33 | Q.E. v. Chart Inc. | 3:20-cv-04999 | Hon. Edward M. Chen |

| No. | Case Caption | Case Number | Assigned Judge |
|---|---|---|---|
| 34 | V.E. and V.F. v. Chart Inc. | 3:20-cv-05000 | Hon. Alex G. Tse |
| 35 | W.A. and W.B. v. Chart Inc. | 3:20-cv-05001 | Hon. Laurel Beeler |
| 36 | W.C. and W.D. v. Chart Inc. | 3:20-cv-05002 | Hon. Laurel Beeler |
| 37 | W.E. and W.F. v. Chart Inc. | 3:20-cv-05003 | Hon. Thomas S. Hixson |
| 38 | X.A. and X.B. v. Chart Inc. | 3:20-cv-05004 | Hon. Donna M. Ryu |
| 39 | U.A. v. Chart Inc. | 3:20-cv-05005 | Hon. Donna M. Ryu |
| 40 | Y.A. v. Chart Inc. | 3:20-cv-05007 | Hon. Laurel Beeler |
| 41 | V.C. v. Chart Inc. | 3:20-cv-05008 | Hon. Laurel Beeler |
| 42 | X.C. v. Chart Inc. | 3:20-cv-05009 | Hon. Kandis A. Westmore |
| 43 | B.A. and B.B. v. Chart Inc. | 3:20-cv-05010 | Hon. Joseph C. Spero |
| 44 | C.A. and C.B. v. Chart Inc. | 3:20-cv-05011 | Hon. Thomas S. Hixson |
| 45 | C.E. and C.F. v. Chart Inc. | 3:20-cv-05012 | Hon. Jacqueline Scott Corley |
| 46 | F.C. and F.D. v. Chart Inc. | 3:20-cv-05013 | Hon. Donna M. Ryu |
| 47 | G.A. and G.B. v. Chart Inc. | 3:20-cv-05014 | Hon. Sallie Kim |
| 48 | G.C. and G.D. v. Chart Inc. | 3:20-cv-05015 | Hon. Donna M. Ryu |
| 49 | H.C. and H.D. v. Chart Inc. | 3:20-cv-05017 | Hon. Thomas S. Hixson |
| 50 | I.A. and I.B. v. Chart Inc. | 3:20-cv-05019 | Hon. Alex G. Tse |
| 51 | I.E. and I.F. v. Chart Inc. | 3:20-cv-05020 | Hon. Donna M. Ryu |
| 52 | J.C. and J.D. v. Chart Inc. | 3:20-cv-05022 | Hon. Sallie Kim |
| 53 | K.A. and K.B. v. Chart Inc. | 3:20-cv-05023 | Hon. Laurel Beeler |
| 54 | K.C. and K.D. v. Chart Inc. | 3:20-cv-05024 | Hon. Sallie Kim |
| 55 | K.E. and K.F. v. Chart Inc. | 3:20-cv-05027 | Hon. Jacqueline Scott Corley |
| 56 | L.A. and L.B. v. Chart Inc. | 3:20-cv-05028 | Hon. Laurel Beeler |
| 57 | L.C. and L.D. v. Chart Inc. | 3:20-cv-05029 | Hon. Joseph C. Spero |
| 58 | M.C. and M.D. v. Chart Inc. | 3:20-cv-05030 | Hon. Jacqueline Scott Corley |
| 59 | N.A. and N.B. v. Chart Inc. | 3:20-cv-05031 | Hon. Joseph C. Spero |
| 60 | P.A. and P.B. v. Chart Inc. | 3:20-cv-05032 | Hon. Kandis A. Westmore |
| 61 | P.C. and P.D. v. Chart Inc. | 3:20-cv-05033 | Hon. Saundra Brown Armstrong |
| 62 | P.E. and P.F. v. Chart Inc. | 3:20-cv-05034 | Hon. Sallie Kim |
| 63 | Q.C. and Q.D. v. Chart Inc. | 3:20-cv-05035 | Hon. Jacqueline Scott Corley |
| 64 | R.C. and R.D. v. Chart Inc. | 3:20-cv-05036 | Hon. Alex G. Tse |
| 65 | S.C. and S.D. v. Chart Inc. | 3:20-cv-05037 | Hon. Sallie Kim |
| 66 | T.C. and T.D. v. Chart Inc. | 3:20-cv-05039 | Hon. Sallie Kim |
| 67 | U.C. and U.D. v. Chart Inc. | 3:20-cv-05040 | Hon. Joseph C. Spero |
| 68 | Y.C. and Y.D. v. Chart Inc. | 3:20-cv-05041 | Hon. Joseph C. Spero |
| 69 | Z.A. and Z.B. v. Chart Inc. | 3:20-cv-05042 | Hon. Joseph C. Spero |
| 70 | Z.C. and Z.D. v. Chart Inc. | 3:20-cv-05043 | Hon. Laurel Beeler |
| 71 | A.D. and A.E. v. Chart Inc. | 3:20-cv-05044 | Hon. Laurel Beeler |
| 72 | A.G. and A.H. v. Chart Inc. | 3:20-cv-05045 | Hon. Sallie Kim |
| 73 | A.I. v. Chart Inc. | 3:20-cv-05046 | Hon. Sallie Kim |
| 74 | A.J. and N.J. v. Chart Inc. | 3:20-cv-05047 | Hon. Kandis A. Westmore |
| 75 | B.G. and B.H. v. Chart Inc. | 3:20-cv-05048 | Hon. Jacqueline Scott Corley |
| 76 | B.I. and B.J. v. Chart Inc. | 4:20-cv-05049 | Hon. Donna M. Ryu |

| No. | Case Caption | Case Number | Assigned Judge |
|---|---|---|---|
| 77 | C.D. v. Chart Inc. | 4:20-cv-05050 | Hon. Donna M. Ryu |
| 78 | C.G. and C.H. v. Chart Inc. | 3:20-cv-05051 | Hon. Jacqueline Scott Corley |
| 79 | C.I. v. Chart Inc. | 4:20-cv-05052 | Hon. Kandis A. Westmore |
| 80 | C.J. v. Chart Inc. | 3:20-cv-05053 | Hon. Sallie Kim |
| 81 | D.B. and D.G. v. Chart Inc. | 3:20-cv-05054 | Hon. Laurel Beeler |
| 82 | D.H. and D.I. v. Chart Inc. | 4:20-cv-05055 | Hon. Jeffrey S. White |
| 83 | D.J. and E.E. v. Chart Inc. | 3:20-cv-05056 | Hon. Jacqueline Scott Corley |
| 84 | E.G. and E.H. v. Chart Inc. | 4:20-cv-05057 | Hon. Donna M. Ryu |
| 85 | E.I. and E.J. v. Chart Inc. | 4:20-cv-05058 | Hon. Kandis A. Westmore |
| 86 | F.B. v. Chart Inc. | 4:20-cv-05059 | Hon. Donna M. Ryu |
| 87 | F.F. and F.G. v. Chart Inc. | 3:20-cv-05060 | Hon. Laurel Beeler |
| 88 | F.H. and F.I. v. Chart Inc. | 3:20-cv-05061 | Hon. William Alsup |
| 89 | F.J. and G.G. v. Chart Inc. | 4:20-cv-05062 | Hon. Kandis A. Westmore |
| 90 | G.I. v. Chart Inc. | 3:20-cv-05063 | Hon. Sallie Kim |
| 91 | G.J. and H.G. v. Chart Inc. | 4:20-cv-05064 | Hon. Phyllis J. Hamilton |
| 92 | H.I. v. Chart Inc. | 3:20-cv-05065 | Hon. William Alsup |
| 93 | H.J. and I.G. v. Chart Inc. | 3:20-cv-05066 | Hon. Thomas S. Hixson |
| 94 | I.H. and I.I. v. Chart Inc. | 4:20-cv-05067 | Hon. Donna M. Ryu |
| 95 | J.B. and J.F. v. Chart Inc. | 4:20-cv-05068 | Hon. Kandis A. Westmore |
| 96 | J.G. and J.H. v. Chart Inc. | 4:20-cv-05069 | Hon. Kandis A. Westmore |
| 97 | J.I. and J.J. v. Chart Inc. | 4:20-cv-05070 | Hon. Donna M. Ryu |
| 98 | K.G. and K.H. v. Chart Inc. | 3:20-cv-05071 | Hon. Joseph C. Spero |
| 99 | K.I. and K.J. v. Chart Inc. | 3:20-cv-05072 | Hon. Thomas S. Hixson |
| 100 | L.G. v. Chart Inc. | 3:20-cv-05073 | Hon. Sallie Kim |
| 101 | L.H. and L.I. v. Chart Inc. | 3:20-cv-05074 | Hon. Laurel Beeler |
| 102 | L.J. and M.B. v. Chart Inc. | 4:20-cv-05075 | Hon. Donna M. Ryu |
| 103 | M.G. v. Chart Inc. | 3:20-cv-05076 | Hon. Joseph C. Spero |
| 104 | M.H. and M.I. v. Chart Inc. | 3:20-cv-05077 | Hon. Laurel Beeler |
| 105 | M.J. and N.F. v. Chart Inc. | 3:20-cv-05078 | Hon. Laurel Beeler |
| 106 | N.G. and N.H. v. Chart Inc. | 4:20-cv-05079 | Hon. Kandis A. Westmore |
| 107 | N.I. and O.B. v. Chart Inc. | 4:20-cv-05080 | Hon. Kandis A. Westmore |
| 108 | O.G. and O.H. v. Chart Inc. | 3:20-cv-05081 | Hon. Donna M. Ryu |
| 109 | O.I. and P.G. v. Chart Inc. | 3:20-cv-05082 | Hon. Joseph C. Spero |
| 110 | P.H. v. Chart Inc. | 3:20-cv-05083 | Hon. Joseph C. Spero |
| 111 | P.I. and Q.F. v. Chart Inc. | 3:20-cv-05084 | Hon. Joseph C. Spero |
| 112 | Q.G. and Q.H. v. Chart Inc. | 3:20-cv-05085 | Hon. Alex G. Tse |
| 113 | Q.I. and R.F. v. Chart Inc. | 4:20-cv-05086 | Hon. Kandis A. Westmore |
| 114 | R.G. and R.H. v. Chart Inc. | 4:20-cv-05087 | Hon. Jeffrey S. White |
| 115 | R.I. and S.G. v. Chart Inc. | 3:20-cv-05088 | Hon. Sallie Kim |
| 116 | S.H. and S.I. v. Chart Inc. | 3:20-cv-05089 | Hon. Joseph C. Spero |
| 117 | T.F. and T.G. v. Chart Inc. | 3:20-cv-05091 | Hon. Donna M. Ryu |
| 118 | T.H. and T.I. v. Chart Inc. | 3:20-cv-05092 | Hon. Kandis A. Westmore |
| 119 | U.B. v. Chart Inc. | 4:20-cv-05093 | Hon. Donna M. Ryu |

| No. | Case Caption | Case Number | Assigned Judge |
|---|---|---|---|
| 120 | U.G. and U.H. v. Chart Inc. | 3:20-cv-05094 | Hon. Sallie Kim |
| 121 | U.I. v. Chart Inc. | 3:20-cv-05095 | Hon. Joseph C. Spero |
| 122 | V.G. and V.H. v. Chart Inc. | 3:20-cv-05096 | Hon. Jacqueline Scott Corley |
| 123 | V.I. and W.G. v. Chart Inc. | 3:20-cv-05097 | Hon. Laurel Beeler |
| 124 | W.H. and W.I. v. Chart Inc. | 3:20-cv-05098 | Hon. Sallie Kim |
| 125 | X.D. and X.E. v. Chart Inc. | 3:20-cv-05099 | Hon. Laurel Beeler |
| 126 | X.F. and X.G. v. Chart Inc. | 3:20-cv-05100 | Hon. Jacqueline Scott Corley |
| 127 | X.H. and X.I. v. Chart Inc. | 3:20-cv-05101 | Hon. Donna M. Ryu |
| 128 | Y.B. v. Chart Inc. | 3:20-cv-05102 | Hon. Laurel Beeler |
| 129 | Y.E. and Y.F. v. Chart Inc. | 4:20-cv-05103 | Hon. Kandis A. Westmore |
| 130 | Y.G. and Y.H. v. Chart Inc. | 4:20-cv-05104 | Hon. Kandis A. Westmore |
| 131 | Y.I. and Z.E. v. Chart Inc. | 3:20-cv-05105 | Hon. Laurel Beeler |
| 132 | Z.F. and Z.G. v. Chart Inc. | 4:20-cv-05106 | Hon. Donna M. Ryu |
| 133 | Z.H. and Z.I. v. Chart Inc. | 3:20-cv-05107 | Hon. Sallie Kim |

**IT IS SO ORDERED.**

Dated: July 30, 2020

HON. JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE